IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03256-WJM-KLM

ANDRE WALKER,

    Plaintiff,

v.

FITNESS QUEST, a Delaware corporation,
HEALTH INTERNATIONAL CORPORATION, a Florida corporation,
HSN, INC., a Delaware corporation,
HSN INTERACTIVE LLC, a Delaware corporation,
WALGREENS CO., an Illinois corporation,
MEIJER, INC., a Michigan corporation,
FINGERHUT COMPANIES, INC., a Minnesota corporation,
WAL-MART CANADA CORP/LA COMPAGNIE WAL-MART DU CANADA, a Canadian N.S. liability corporation, and
ROGERS BROADCASTING LIMITED, doing business as The Shopping Channel,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Meijer, Inc.'s **Unopposed Motion for Extension of Time to Answer or Otherwise Plead** [Docket No. 29; Filed May 15, 2013]; on Defendant Health International Corporation's **Motion for Extension of Time in Which to Respond to Complaint** [Docket No. 31; Filed May 16, 2013]; on Defendant Wal-Mart Canada Corp./La Compagnie Wal-Mart du Canada's ("Wal-Mart Canada") **Unopposed Motion for Leave to File Out of Time** [Docket No. 33; Filed May 16, 2013]; on Defendant Wal-Mart Canada's **Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint and Jury Demand** [Docket No. 34; Filed May 16, 2013]; and on Defendants HSN, Inc. and HSN Interactive LLC's **Unopposed Motion for Extension of Time in Which to Respond to Complaint** [Docket No. 35; Filed May 17, 2013] (collectively, the "Motions").

    IT IS HEREBY **ORDERED** that the Motions [#29, #31, #33, #34, #35] are **GRANTED**.  Accordingly,

IT IS FURTHER **ORDERED** that Defendant Meijer, Inc. shall file an answer or other response to the Amended Complaint [#15] **on or before June 10, 2013**.

IT IS FURTHER **ORDERED** that Defendant Health International Corporation shall file an answer or other response to the Amended Complaint [#15] **on or before May 24, 2013**.

IT IS FURTHER **ORDERED** that Defendant Wal-Mart Canada shall file an answer or other response to the Amended Complaint [#15] **on or before June 10, 2013**.

IT IS FURTHER **ORDERED** that Defendant HSN, Inc. and HSN Interactive LLC shall file an answer or other response to the Amended Complaint [#15] **on or before June 7, 2013**.

Dated: May 17, 2013