IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03256-WJM-KLM

ANDRE WALKER,

      Plaintiff,

v.

HEALTH INTERNATIONAL CORPORATION, a Florida corporation,
HSN, INC., a Delaware corporation,
HSN INTERACTIVE LLC, a Delaware corporation,
WAL-MART CANADA CORP/LA COMPAGNIE WAL-MART DU CANADA, a Canadian N.S.
liability corporation, and
ROGERS BROADCASTING LIMITED, doing business as The Shopping Channel,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Second Motion to Amend the Complaint and to Change Case Caption to Remove Defendants Fitness Quest, Inc., Walgreens Co., Fingerhut Companies, Inc., and Meijer, Inc. and to Add Defendant Amazon.com, Inc.** [Docket No. 65; Filed July 3, 2013] (the "Motion"). As an initial matter, the Motion does not comply with D.C.COLO.LCivR 7.1A, which provides as follows:

> The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

The Motion is subject to denial on this basis alone. Accordingly,

      IT IS HEREBY **ORDERED** that the Motion [#65] is **DENIED without prejudice**.

      Dated:  July 8, 2013