IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03256-WJM-KLM

ANDRE WALKER,

    Plaintiff,

v.

HEALTH INTERNATIONAL CORPORATION, a Florida corporation,
HSN, INC., a Delaware corporation,
HSN INTERACTIVE LLC, a Delaware corporation,
WAL-MART CANADA CORP/LA COMPAGNIE WAL-MART DU CANADA, a Canadian N.S. liability corporation, and
ROGERS BROADCASTING LIMITED, doing business as The Shopping Channel,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's unopposed **Second Motion to Amend the Complaint and to Change Case Caption to Remove Defendants Fitness Quest, Inc., Walgreens Co., Fingerhut Companies, Inc., and Meijer, Inc. and to Add Defendant Amazon.com, Inc.** [Docket No. 69; Filed July 10, 2013] (the "Motion"). Because of the unopposed nature of the Motion and the mandate that the Court "should freely give leave when justice so requires," Fed. R. Civ. P. 15(a)(2),

    IT IS HEREBY **ORDERED** that the Motion [#69] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiff's Second Amended Complaint [#69-2] for filing as of the date of this Minute Order.

    Dated:  July 12, 2013