**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-3256-WJM-KLM

ANDRE WALKER

    Plaintiff,

v.

HEALTH INTERNATIONAL CORPORATION, a Florida corporation,
HSN, INC., a Delaware corporation,
HSN INTERACTIVE LLC, a Delaware corporation,
WAL-MART CANADA CORP./LA COMPAGNE WAL-MART DU CANADA, a Canadian N.S. Unlimited liability corporation,
AMAZON.COM, INC., a Delaware corporation, and
ROGERS BROADCASTING LIMITED d/b/a THE SHOPPING CHANNEL

    Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION TO DISMISS CERTAIN DEFENDANTS**

---

    This matter comes before the Court on Plaintiff's Unopposed Motion to Dismiss Defendants Wal-Mart Canada Corp./LA Compagne Wal-Mart Du Canada and Rogers Broadcasting Limited filed July 25, 2013 (ECF No. 82).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

    The Plaintiff's Unopposed Motion to Dismiss is GRANTED.  It is hereby ORDERED that Plaintiff's claims against Defendants Wal-Mart Canada Corp./LA Compagne Wal-Mart Du Canada and Rogers Broadcasting Limited d/b/a The Shopping Channel are DISMISSED WITHOUT PREJUDICE.  Each affected party shall pay his or its own attorney's fees and costs.

Dated this 26th day of July, 2013.

BY THE COURT:

William J. Martínez
United States District Judge