**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-03256-WJM-KLM

ANDRE WALKER,

    Plaintiff,

v.

HEALTH INTERNATIONAL CORPORATION, a Florida corporation,
HSN, INC., a Delaware corporation,
HSN INTERACTIVE LLC, a Delaware corporation, and
AMAZON.COM, INC., a Delaware corporation,

    Defendants.

---

### ORDER GRANTING PARTIES STIPULATED MOTION TO DISMISS

---

This matter comes before the Court on the Parties Stipulated Motion to Dismiss Amazon.com, Inc, filed October 15, 2013 (ECF No. 95).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion is GRANTED.  Plaintiff's claims against Defendant Amazon.com, Inc., are hereby DISMISSED WITHOUT PREJUDICE.  Each party shall bear his or its own attorney's fees and costs.

Dated this 15th day of October, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge