IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03256-WJM-KLM

ANDRE WALKER,

    Plaintiff,

v.

HEALTH INTERNATIONAL CORPORATION, a Florida corporation,
HSN, INC., a Delaware corporation, and
HSN INTERACTIVE LLC, a Delaware corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion for Protective Order** [#119]; on Plaintiff's **Motion to Strike for Failure to Follow Procedures Set Forth in Scheduling Order** [#120] (the "Motion to Strike"); and on Defendants' **Notice of Withdrawal of Its Motion for Protective Order (Doc. 119)** [#123] (the "Notice"). Based on the Notice [#123],

    IT IS HEREBY **ORDERED** that the Motion for Protective Order [#119] is **WITHDRAWN**. Accordingly,

    IT IS FURTHER **ORDERED** that the Motion to Strike [#120] is **DENIED as moot**.

    Dated: February 28, 2014