IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03256-WJM-KLM

ANDRE WALKER,

    Plaintiff,

v.

HEALTH INTERNATIONAL CORPORATION, a Florida corporation,
HSN, INC., a Delaware corporation, and
HSN INTERACTIVE LLC, a Delaware corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendants' **Motion for Clarification or, Alternatively, to Amend Scheduling Order** [#126] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#126] is **GRANTED.** The Court clarifies as follows: the Court intended the March 15, 2014 deadline in the Scheduling Order to be the date by which all discovery, including depositions, must be completed. However, because the language in the Scheduling Order is ambiguous ("Fact discovery deadline (requests must be served by): March 15, 2014"), because it is generally more economical and efficient to take depositions after completion of written discovery, and because the parties may have misconstrued the ambiguous language, the Scheduling Order is amended as follows:

| | |
|---|---|
| **Deadline to serve written discovery requests** | **March 15, 2014** |
| **Fact discovery deadline** | **May 2, 2014** |
| **Plaintiff's expert disclosures due** | **May 16, 2014** |
| **Defendants' expert disclosures due** | **June 2, 2014** |
| **Defendants' rebuttal expert disclosures due** | **June 9, 2014** |
| **Plaintiff's rebuttal expert disclosures due** | **June 23, 2014** |
| **Expert discovery deadline** | **July 11, 2014** |
| **Dispositive motions deadline** | **July 31, 2014** |

No further extensions of time will be permitted absent extraordinary circumstances.

    Dated: March 18, 2014