IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03256-WJM-KLM

ANDRE WALKER,

    Plaintiff,

v.

HEALTH INTERNATIONAL CORPORATION, a Florida corporation,
HSN, INC., a Delaware corporation, and
HSN INTERACTIVE LLC, a Delaware corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Extend Deadlines** [#153] (the "Motion"). Defendants' Motion to Reconsider [#144] is currently pending before the District Judge and will be fully briefed on May 30, 2014. The Motion to Reconsider may be case dispositive. The fact discovery deadline is currently set for June 2, 2014, and Defendants contend that there are depositions that the parties plan on taking prior to that deadline. They state that it would be more cost-efficient for all parties if the Motion to Reconsider is determined prior to conducting depositions, which may be unnecessary depending on the outcome of that motion.

    IT IS HEREBY **ORDERED** that the Motion [#153] is **DENIED without prejudice**. If the Motion to Reconsider is denied and this litigation proceeds, the Court will be inclined to grant <u>limited</u> extensions of the relevant deadlines in this matter, if requested in writing by any party, including extending the discovery deadline for the purpose of conducting depositions. If the Motion to Reconsider is granted in full, then the request to extend deadlines will be moot and all deadlines will be terminated.

    Dated: May 27, 2014